13674

JOHNSON v. INDEPENDENCE INS. CO.

(170 S. E., 352)

302

*Mr. John W. Jennings,* for appellant,

*Messrs. Tompkins & Gary* and *Wyatt Aiken,* for respondent,

July 20, 1933.

The opinion of the Court was delivered by MR. JUSTICE BONHAM.

We agree with Judge Whaley that the facts set out in plaintiff's complaint do not bring the case under the provisions of Section 7993, Volume 3, Code 1932, and that plaintiff is therefore not entitled to recover the penalty provided by Section 7968.

The order sustaining the demurrer, from which plaintiff brings this appeal, is affirmed. Let it be reported.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER and CARTER concur.